IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Leyva-Henrickson, Carmen

Printed: 01/22/09

Case Number: 06 B 02111
Judge: Squires, John H
Filed: 3/6/06

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:     Dismissed: November 12, 2008
Confirmed: April 26, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 56,897.80 |  |
| Secured: |  | 41,917.56 |
| Unsecured: |  | 9,896.14 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,000.00 |
| Trustee Fee: |  | 3,062.05 |
| Other Funds: |  | 22.05 |
| Totals: | 56,897.80 | 56,897.80 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Peter F Geraci | Administrative | 2,000.00 | 2,000.00 |
| 2. | Capital One | Secured | 0.00 | 0.00 |
| 3. | Great Bank | Secured | 10,270.04 | 10,270.04 |
| 4. | USA One National Credit Union | Secured | 14,690.20 | 14,690.20 |
| 5. | USA One National Credit Union | Secured | 16,957.32 | 16,957.32 |
| 6. | Capital One | Unsecured | 5,598.85 | 743.48 |
| 7. | Portfolio Recovery Associates | Unsecured | 2,003.10 | 266.00 |
| 8. | Specialized Management Consultants | Unsecured | 192.52 | 20.61 |
| 9. | ECast Settlement Corp | Unsecured | 8,294.83 | 1,101.48 |
| 10. | Von Maur | Unsecured | 159.55 | 17.08 |
| 11. | Marshall Field & Company | Unsecured | 249.25 | 26.68 |
| 12. | B-Real LLC | Unsecured | 5,848.54 | 776.64 |
| 13. | ECast Settlement Corp | Unsecured | 200.45 | 21.45 |
| 14. | ECast Settlement Corp | Unsecured | 29,945.10 | 3,976.56 |
| 15. | RoundUp Funding LLC | Unsecured | 3,888.95 | 516.66 |
| 16. | Portfolio Recovery Associates | Unsecured | 18,295.47 | 2,429.50 |
| 17. | MBNA America | Unsecured |  | No Claim Filed |
| 18. | First Premier | Unsecured |  | No Claim Filed |
| 19. | Retailers National Bank | Unsecured |  | No Claim Filed |
| 20. | Chase Bank | Unsecured |  | No Claim Filed |
| 21. | United Mileage Plus | Unsecured |  | No Claim Filed |
|  |  |  | $ 118,594.17 | $ 53,813.70 |

Page 2

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Leyva-Henrickson, Carmen

Printed: 01/22/09

Case Number:  06 B 02111
Judge:  Squires, John H
Filed:  3/6/06

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 5.5% | 279.33 |
| 5% | 257.83 |
| 4.8% | 489.48 |
| 5.4% | 1,636.43 |
| 6.5% | 398.98 |
|  | $ 3,062.05 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

